AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Mount Vernon Fire Insurance Company

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:19cv632-HMH

Three Blind Mice, LLC d/b/a The Blind Horse Saloon

**[ ]** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]** **Decision by Court.** This action came before the Court for consideration. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is DISMISSED without prejudice.

ROBIN L BLUME, Clerk

By: *[signature]*

Deputy Clerk

April 30, 2019